UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DANIEL RITCHIE**,

      Plaintiff,

                                Case Number: **8:21-cv-1674-SDM-TGW**

v.

**EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.**,

      Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANTS MOUNTAIN RUN SOLUTIONS, LLC, CHRIS CARTER, AND BRIAN FULLER

COMES NOW, the Plaintiff, Michelle Armstrong, to notify this court pursuant to Local Rule 3.09 that she has reached a settlement with Defendants Mountain Run Solutions, LLC, Chris Carter, and Brian Fuller, only. Upon consummation of the settlement terms, the Plaintiff will dismiss these Defendants with prejudice.

This Notice does not affect the claims against the remaining Defendants in any way.

Submitted this September 2, 2021, by:

                                /s/ *Brandon D. Morgan*
                                Brandon D. Morgan, Esq.
                                Florida Bar Number: 1015954
                                Seraph Legal, P. A.
                                1614 N. 19th St.
                                Tampa, FL 33605
                                (813) 567-1230
                                bmorgan@seraphlegal.com
                                Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954